UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CIV-   -_____/_____
(Fla. 11th Judicial Cir. Ct. Case No. 19-013101 CA 01)

MARIE ADEMA

    Plaintiff,

v.

PUBLIC HEALTH TRUST OF MIAMI-
DADE COUNTY, FLORIDA, d/b/a
JACKSON HEALTH SYSTEM,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant PUBLIC HEALTH TRUST OF MIAMI-DADE COUNTY (the "Trust") files this Notice of Removal and removes this action to the United States District Court for the Southern District of Florida, Miami Division, based on the facts and provisions set forth below:

    1.    Plaintiff filed a Complaint against the Trust in the Eleventh Judicial Circuit in and for Miami-Dade County on May 1, 2019.  The Trust was served with a copy of the Complaint on May 13, 2019.  A civil cover sheet is attached to this notice as <u>Exhibit A</u>, and copy of the Complaint and Summons served on the Trust, are attached to this notice as <u>Exhibit B</u>.

    2.    The Complaint asserts federal claims arising under the Family Medical Leave Act, 29 U.S.C. § 2611 ("FMLA") and the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA") in Counts IV and V. Compl. ¶¶ 1, 60-71, and 72-76.

    3.    This Court has original jurisdiction over the federal claims pursuant to 28 U.S.C. § 1331, and the action is therefore removable under 28 U.S.C. § 1441(a) and (b).

*Marie Adema v. Public Health Trust*
19-CIV-_____

4. Additionally, the Complaint asserts state claims for discrimination based on race, color and/or national origin under Fla. Stat. § 760.01 *et seq*. ("FCRA"), in Counts I, II and III. Compl. ¶¶ 4, 26-36, 37-48, and 49-59. The federal and state claims are based on the same exact allegations of discrimination and/or relate to the same alleged incident as the federal claim, and thereby are part of the same case or controversy under Article III of the United States Constitution. Accordingly, this Court has supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367, and the action is therefore removable under 28 § 1441(a).

5. Alternatively, if the court deems the federal claims as separate and independent from other claims asserted in the Complaint, this action is removable pursuant to 28 U.S.C. § 1441(c).

6. Venue is proper in the Southern District of Florida Miami Division because the alleged actions took place within Miami-Dade County, Florida.

7. This Notice is being filed within thirty days after service of the Complaint on the Trust. Pursuant to 28 U.S.C. § 1446(a), a copy of the summons and Complaint served on the Trust is attached as <u>Exhibit A</u>. No other pleadings or orders filed in the state court action have been served on the Trust. *See* State Court Docket Sheet & Filings, attached as <u>Exhibit C</u>.

8. Written notice of the Trust's removal of this action is being provided to Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the State Court.

WHEREFORE, Defendant PUBLIC HEALTH TRUST respectfully request that this Court accept and retain removal jurisdiction over this action.

*Marie Adema v. Public Health Trust*
19-CIV-_____

Dated:  June 12, 2019								Respectfully submitted,

									ABIGAIL PRICE-WILLIAMS
									MIAMI-DADE COUNTY ATTORNEY

				By:	*s/Marlon D. Moffett*
					Marlon D. Moffett (Florida Bar No. 21883)
					Email:  mdm2@miamidade.gov
					Miami-Dade County Attorney's Office
					Stephen P. Clark Center
					111 NW 1st Street, Suite 2810
					Miami, Florida 33128
					Telephone:  (305) 375-5151
					Facsimile:  (305) 375-5611
					Attorney for Defendant Public Health Trust

## **CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF on June 12, 2019, on all counsel or parties of record on the Service List below.

					*s/Marlon D. Moffett*
					Assistant County Attorney

## **SERVICE LIST**

| | |
|---|---|
| Anthony M. Georges-Pierre, Esq. | Marlon D. Moffett, Esq. |
| E-mail:  agp@rgpattorneys.com | E-mail:  mdm2@miamidade.gov |
| Max L. Horowitz, Esq. | E-mail:  earuiz@miamidade.gov |
| E-mail:  mhorowitz@rgpattorneys.com | Miami-Dade County Attorney's Office |
| REMER & GEORGES-PIERRE, PLLC | Stephen P. Clark Center |
| 44 W. Flagler Street, Suite 2200 | 111 NW 1st Street, Suite 2810 |
| Miami, Florida 33130 | Miami, Florida 33128 |
| Telephone: (305) 416-5000 | Telephone:  (305) 375-5151 |
| Facsimile: (305) 416-5005 | Facsimile: (305) 375-5634 |
| Attorneys for Plaintiff | Attorney for Defendant Public Health Trust |
| *Served via CM/ECF* | *No service made* |